UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M.S. *individually and on behalf of C.S.*, *et al.*,

                      Plaintiffs,

-v-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                      Defendant.

21-CV-9325 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Defendant was served on November 12, 2021 and was required to answer or otherwise respond to the complaint on or before December 3, 2021. While an appearance was entered on Defendant's behalf on November 18, 2021, no response to the complaint has been filed in the allotted time. Plaintiffs have not moved for a default judgment.

    Plaintiffs are directed to notify the Court whether they intend to move for default judgment, or if they have received any communication from Defendant or its counsel regarding a response to the complaint.

    If Plaintiffs fail by January 28, 2022, to either (1) file a letter concerning the status of the case, or (2) move for default judgment against Defendant, the action may be dismissed for failure to prosecute.

    SO ORDERED.

Dated: January 12, 2022
       New York, New York

                                                J. PAUL OETKEN
                                                United States District Judge